# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT LEE WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>T. E. HILL, et al.,<br><br>　　　　Defendants. | Case No. 1:16-cv-00540-LJO-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS ON APPEAL AS MOOT<br><br>(ECF NO. 16) |

On June 16, 2017, Plaintiff filed a notice of appeal of this Court's screening order, which dismissed Plaintiff's First Amended Complaint with leave to amend. (ECF No. 15). On that same day Plaintiff filed an application to proceed in forma pauperis on appeal. (ECF No. 16). Because Plaintiff's application did not include all of the necessary information, the Court ordered Plaintiff to submit additional information. (ECF No. 19). However, in the interim, the Ninth Circuit Court of Appeals dismissed Plaintiff's appeal for lack of jurisdiction. (ECF Nos. 22 & 23). Accordingly, Plaintiff's application to proceed in forma pauperis on appeal is moot.

Therefore, IT IS ORDERED that Plaintiff's application to proceed in forma pauperis on appeal is DENIED as moot.

IT IS SO ORDERED.

　　Dated: __**August 21, 2017**__　　　　　　　__/s/ Lawrence J. O'Neill__
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE