| | |
|---|---|
| BRETT LEE WILLIAMS,<br><br>        Plaintiff,<br><br>   v.<br><br>T. E. HILL, et al.,<br><br>        Defendants. | Case No. 1:16-cv-00540-LJO-EPG (PC)<br><br>ORDER FOR PLAINTIFF TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO STATE A CLAIM, FAILURE TO COMPLY WITH A COURT ORDER, AND FAILURE TO PROSECUTE<br><br>(ECF NO. 10)<br><br>THIRTY DAY DEADLINE |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Brett Williams ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Plaintiff filed a First Amended Complaint on July 27, 2016. (ECF No. 9). On April 26, 2017, the Court dismissed Plaintiff's First Amended Complaint for failure to state a claim on which relief may be granted. (ECF No. 10, p. 19). The Court also granted Plaintiff partial leave to amend, with a thirty day deadline. (Id.).

On May 15, 2017, Plaintiff filed a request for an extension of time to file an amended complaint, which was granted. Plaintiff was given until June 30, 2017, to file an amended complaint. (ECF No. 12).

The deadline for Plaintiff to file an amended complaint has expired, and Plaintiff has not filed an amended complaint. Plaintiff did file an interlocutory appeal (ECF No. 15), but he never requested, and was never granted, a stay pending appeal. Additionally, the appeal has been now been dismissed. (ECF Nos. 22 & 23).

\\\

\\\

Because Plaintiff has failed to timely file an amended complaint, the Court will order Plaintiff to show cause why this case should not be dismissed for failure to state a claim, failure to comply with a court order, and failure to prosecute this case.

Accordingly, based on the foregoing, it is HEREBY ORDERED that within **thirty (30) days** from the date of service of this order, Plaintiff shall show cause why this case should not be dismissed for failure to state a claim, failure to comply with a court order, and failure to prosecute. If Plaintiff files his amended complaint within this thirty day period the Court will discharge the order to show cause. **Failure to respond will result in dismissal of the case.**

IT IS SO ORDERED.

Dated: **August 28, 2017**     /s/ Erica P. Grosjean
                               UNITED STATES MAGISTRATE JUDGE