UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT LEE WILLIAMS,<br><br>       Plaintiff,<br><br>   v.<br><br>T. E. HILL, et al.,<br><br>       Defendants. | Case No. 1:16-cv-00540-LJO-EPG (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF NO. 25) |

      Brett Williams ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

      On August 28, 2017, the Court ordered Plaintiff to show cause why this case should not be dismissed for failure to state a claim, failure to comply with a court order, and failure to prosecute this case. (ECF No. 25). The Court noted that it would discharge the order to show cause if Plaintiff filed his amended complaint. (Id. at 2). After being granted two extensions of time (ECF Nos. 27 & 30), Plaintiff filed his Second Amended Complaint (ECF No. 33).

      As Plaintiff has filed his Second Amended Complaint, IT IS ORDERED that the order to show cause issued on August 28, 2017, is DISCHARGED.

IT IS SO ORDERED.

    Dated:   **February 13, 2018**            /s/ *Erica P. Grosjean*
                                                                  UNITED STATES MAGISTRATE JUDGE