# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT LEE WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>T. E. HILL, et al.,<br><br>    Defendants. | Case No. 1:16-cv-00540-LJO-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF. NOS. 35 & 36) |

Brett Williams ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 17, 2018, Plaintiff filed a motion for a preliminary injunction ("the Motion"). (ECF No. 35). On May 21, 2018, Magistrate Judge Erica P. Grosjean entered findings and recommendations, recommending that the Motion be denied. (ECF No. 36).

Plaintiff was provided an opportunity to file objections to the findings and recommendations. The deadline for filing objections has passed, and Plaintiff has not filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by the magistrate judge on May 21, 2018,

are ADOPTED in full; and

2. The Motion is DENIED.

IT IS SO ORDERED.

Dated:  **June 21, 2018**        **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE