# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT LEE WILLIAMS,<br><br>            Plaintiff,<br><br>      v.<br><br>T. E. HILL, et al.,<br><br>            Defendants. | Case No. 1:16-cv-00540-LJO-EPG (PC)<br><br>ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR LEAVE TO AMEND<br><br>(ECF NO. 38) |

Brett Williams ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff's Second Amended Complaint (ECF No. 33) is currently awaiting screening. On June 28, 2018, Plaintiff filed a motion "for stay and abeyance." (ECF No. 38). While Plaintiff's motion is titled as a motion for a stay, it appears that Plaintiff is actually asking for leave to file an amended complaint, and for time to do so because he is currently exhausting his administrative remedies for the claims he wishes to add.

Given that the Court "should freely give leave [to amend] when justice so requires," Fed. R. Civ. P. 15(a)(2), and given that the Court has not yet screened the Second Amended Complaint, the Court will grant Plaintiff leave to file an amended complaint within ninety days. The Court will screen Plaintiff's Third Amended Complaint in due course, without reference to any prior complaints.

Accordingly, IT IS ORDERED that Plaintiff's motion for leave to amend is GRANTED

///

///

IN PART.[1]  Plaintiff has ninety days from the date of service of this order to file his Third Amended Complaint.  If Plaintiff fails to file his Third Amended Complaint by this deadline, this case may be dismissed for failure to prosecute and failure to comply with a Court order.

IT IS SO ORDERED.

Dated:   **July 12, 2018**                    /s/ _Erica P. Grosjean_
                                              UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's motion also asks that "Plaintiff be ordered to exhaust all pending grievances; within 30 days initial court action on the Appendix material…."  It is unclear what Plaintiff is asking for.  To the extent that Plaintiff is asking for an order directing him to file grievances, the Court notes that Plaintiff does not need a Court order to file grievances.  To the extent Plaintiff is asking for something else, he may file another motion.  In that motion Plaintiff should clearly lay out the relief he is seeking.