UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT LEE WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>T.E. HILL, et al.,<br><br>　　　　　Defendants. | Case No. 1:16-cv-00540-LJO-EPG (PC)<br><br>ORDER FOR PLAINTIFF TO SUBMIT AUTHORIZATION FOR COLLECTION OF FUNDS FROM TRUST ACCOUNT<br><br>ORDER DIRECTING CLERK TO SEND PLAINTIFF A COPY OF THE FORM APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>TWENTY-ONE DAY DEADLINE |

　　　　Brett Lee Williams ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　　On April 18, 2016, Plaintiff paid the $400.00 filing fee for this action. Plaintiff's action was later dismissed. (ECF No. 54). Plaintiff appealed (ECF No. 58) and filed an application to proceed in forma pauperis on appeal (ECF No. 57).

　　　　Pursuant to Rule 24(a)(1) of the Federal Rules of Appellate Procedure, "a party to a district-court action who desires to appeal in forma pauperis must file a motion in the district court. The party must attach an affidavit that: (A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs; (B)

claims an entitlement to redress; and (C) states the issues that the party intends to present on appeal." Fed. R. App. P. 24(a)(1).

It appears that Plaintiff has satisfied these three requirements. However, even if Plaintiff is granted *in forma pauperis* status, he is still responsible for paying the full amount of the filing fee, 28 U.S.C. § 1915(b), and he failed to file an authorization allowing the agency that has custody of him to collect payments from his trust account pursuant to 28 U.S.C. § 1915(b). Therefore, the Court will direct Plaintiff to file such an authorization, if Plaintiff wants to proceed *in forma pauperis*.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff has twenty-one days from the date of service of this order to file an authorization allowing the agency that has custody of him to collect payments from his trust account pursuant to 28 U.S.C. § 1915(b);
2. Failure to comply with this order may result in Plaintiff's application to proceed in forma pauperis being denied; and
3. The Clerk of Court is directed to send Plaintiff a copy of the form application to proceed in forma pauperis.

IT IS SO ORDERED.

Dated: **May 16, 2019**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE